No. 02-7214.  KING *v.* BARNES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02-7215.  WHIGHAM *v.* ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02-7216.  PRIDGEN *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 02-7218.  KIM *v.* MAXEY TRAINING SCHOOL ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02-7220.  GRAHAM *v.* MAZZUCA, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02-7222.  ELKINS *v.* SCHNEIDER, FKA ELZ.  Ct. App. Wis.  Certiorari denied.

No. 02-7226.  FEDOROWICZ *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 02-7227.  WILLIAMSON *v.* CITY OF CORPUS CHRISTI, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02-7229.  WILSON *v.* WALLS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02-7230.  BELL *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 02-7231.  GATHINGS *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 02-7233.  POFAHL *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 02-7236.  DREW *v.* TESSMER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02-7238.  CARRAFA *v.* MIDDLETON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02-7239.  SANCHEZ *v.* WHITE, SECRETARY, DEPARTMENT OF THE ARMY.  C. A. 6th Cir.  Certiorari denied.